SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 13-60258-CR

DEFENDANT: Marquis Onguien Moye
JUDGE: JAMES I. COHN
Deputy Clerk: VALERIE THOMPKINS
DATE: 3-28-14
Court Reporter: Pauline Stipes
USPO: Beverly Hill
AUSA: Cynthia Wood
Deft's Counsel: Peter Patanzo

___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited

___ Sentencing cont'd until ___/___/___ at _____ AM / PM

## JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts | Concurrently / Consecutively |
|---|---|---|---|---|
| Total Sentence 54 Months | — | 30 | 35 | to run Consecutive to Count |
|  | — | 24 | 36 |  |

Supervised Release: 3 Years as to Count 35 / 1 Year as to Count 36 / to run Concurrently with each other

Probation: ___ Years ___ Months ___ Counts

The Court advised defendant of his Right to Appeal

Assessment $200.00/xx   Fine $ 0   Restitution: Hearing Set for 5-2-14 @ 11:30 Am

Government's ore tenus motion to dismiss remaining counts are hereby Granted

___ Deportation ___ Home Detention ✓ Substance Abuse treatment ___ Full time employment ___ IRS cooperate
✓ Self Employment ✓ Mental Health Treatment ✓ Permissible search ✓ Financial Disclosure
✓ No New Debt ___ Community Service hours ___ Child support ___ Sex offender ___ Anger control
___ Association prohibited ___ Gambling treatment ___ Computer conditions ___ Travel conditions
___ Occupational restrictions ___ Health care business restrictions ___ Domestic violence ✓ Forfeiture

### CUSTODY

✓ Remanded to the Custody of the U. S. Marshal Service   ___ Release on bond pending appeal

___ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: Coleman, 500 Hr Drug Treatment Program